UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY<br>LOCATED AT 19 MOUNTAIN AVENUE,<br>NEW LONDON, CONNECTICUT *et al.*,<br>  *Defendants*.<br><br>[CLAIMANT: RICHARD BRUNO] | No. 3:18-cv-00471 (JAM) |

**PARTIAL DECREE OF FORFEITURE**

WHEREAS, on March 21, 2018, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendants: 19 Mountain Avenue, New London, Connecticut and 27 West Coit Street, New London, Connecticut ("Defendant Properties"), for violations of 18 U.S.C. §§ 2253(a) and 2251. It appearing that process was fully issued in this action and returned according to law;

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice of the forfeiture action against the Defendant vehicle was posted for 30 consecutive days from March 23, 2018 to April 21, 2018 on the official internet government forfeiture site, www.forfeiture.gov, and that no third parties asserted a claim to the Defendant Properties.

WHEREAS, a Stipulated Forfeiture Agreement was jointly entered into by the Plaintiff United States of America and Claimant Richard Bruno stating that the Claimant would agree to the forfeiture of the Defendant Properties to the Plaintiff United States of America.

WHEREAS, on November 16, 2020, the Court entered an Order Granting in Part and

1

Denying in Part Government's Motion for Summary Judgment (ECF #55), wherein Summary Judgment was Granted in favor of the Plaintiff as to the Defendant Properties.

WHEREAS, on December 4, 2020 the Court granted a Motion for Default Judgment (ECF #59) as to DOMCO, LLC, a business entity owned and operated by the Claimant.

NOW, THEREFORE, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby:

ORDERED, ADJUDGED AND DECREED that the default as to all other persons having any right, title or interest in the Defendant Properties in this action be and is hereby entered herein; and

ORDERED ADJUDGED AND DECREED that, the In Rem Defendants identified as 19 Mountain Avenue, New London, Connecticut and 27 West Coit Street, New London, Connecticut are now deemed forfeited to the Plaintiff, United States of America.

It is so ordered.

Dated at New Haven this 14th day of December 2020.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge